# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 22-MJ-352
Arthur Rowland )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Arthur Rowland, as further described in Attachment A.

located in the    Eastern    District of    Pennsylvania   , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s. 924(c) | Possession of a firearm in furtherance of a drug trafficking crime |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

           s/ Elizabeth Becker
           *Applicant's signature*

           Elizabeth Becker, Special Agent, FBI
           *Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/03/2022          /s/ Elizabeth T. Hey
           *Judge's signature*

City and state: Philadelphia, PA      Hon. Elizabeth T. Hey, U.S. Magistrate Judge
           *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Arthur Rowland | )<br>)<br>) Case No. 22-MJ-352<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Pennsylvania
*(identify the person or describe the property to be searched and give its location)*:

Arthur Rowland, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   March 17, 2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   March 3, 2022 @ 3:00 p.m.          /s/ Elizabeth T. Hey
                                                             *Judge's signature*

City and state:   Philadelphia, PA          Hon. Elizabeth T. Hey, U.S. Magistrate Judge
                                              *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>22-MJ-352 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                  *Executing officer's signature*

                                                                    *Printed name and title*

# ATTACHMENT A

**Description of Person to be Searched:**

ARTHUR ROWLAND
Black male
Date of Birth: 04/27/1981
SSN: \*\*\*-\*\*-9035
Bureau of Prisons Reg. # 76947-066



22-MJ-352

## ATTACHMENT B

### Description of Evidence to be Seized:

ORAL SECRETION (EPITHELIAL CELLS, CHEEK CELLS, DNA) obtained by rubbing cotton swabs against the inner cheek lining of the mouth cavity, in sufficient quantity for scientific examination for DNA typing and DNA comparison.

# AFFIDAVIT

I, Elizabeth Becker, being duly sworn, deposes and states the following:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am an "investigative or law enforcement officer" as defined in 18 U.S.C. § 3051, and as such, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

2.  I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Philadelphia Field Division and have been employed by the FBI since July of 2017. I have received specialized training from the FBI, including training in the investigation and identification of narcotics traffickers and violent gangs. During my tenure with the FBI, I have been assigned to the High Intensity Drug Trafficking Area ("HIDTA")/Safe Streets Violent Drug Gang Task Force ("SSVDGTF") of the Philadelphia Division, which investigates, among other violations of federal law, violent drug gangs and criminal organizations including those involved in the importation, distribution and manufacturing of controlled substances, outlaw motorcycle gangs, and homicides and shootings resulting from the drug trade. In January 2021, I completed a 6-month on the job training (OJT) with the Criminal Cyber Unit, investigating cyber-intrusion, cyber-stalking, and financial crimes. From December 2020 until December 2021, I was assigned to the Organized Crime squad investigating Eurasian and Russian Organized Crime. I am currently assigned to the Bucks Montgomery Safe Streets Task force, based out of the Fort Washington residence agency (RA).

3.  Prior to my employment with the FBI, I served as a Police Officer with the Santa Fe New Mexico Police Department from September 2008 until June 2017. During my tenure with

the Santa Fe Police Department, I received specialized training as a Detective in narcotics, fugitive apprehension, and violent crimes, and served as a Task Force Officer with the United States Marshals Service.

4. While a police officer and an agent, I have investigated numerous firearms violations, drug violations, financial crimes, homicides, and other related crimes. I have conducted physical and electronic surveillance, debriefed confidential sources, analyzed information obtained from court-authorized pen register and trap and trace intercepts, and participated in the drafting and execution of search warrants involving these matters.

5. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the collection of oral buccal swabs from ARTHUR ROWLAND, who is currently in custody at the Federal Detention Center ("FDC") in Philadelphia, Pennsylvania, and who is more specifically described in Attachment A, for the purpose of submitting them for comparative DNA analysis by the Philadelphia Police Department's Office of Forensic Science.

6. The oral buccal swabs for DNA will be obtained by rubbing cotton swabs against the inner cheek lining of ROWLAND's mouth cavity for oral secretions (epithelial cells) in sufficient quantities for scientific examination and comparison, as set forth in Attachment B.

7. As set forth below, and relevant to this application for a search warrant, I submit that there is probable cause to believe that ROWLAND has committed the federal crime of possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c), and that the collection of a DNA sample from ROWLAND will likely lead to evidence of that crime.

8.      Since this affidavit is being submitted for the limited purpose of securing a search warrant for a DNA sample, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

**PROBABLE CAUSE**

9.      On December 12, 2018, a federal grand jury returned an indictment charging ROWLAND and others with conspiracy to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). On December 14, 2018, federal law enforcement arrested ROWLAND at his apartment located at 3900 Ford Road, Apartment 14Q in Philadelphia ("the Ford Road residence") and executed a court-authorized search warrant there, as well.

10.     During the execution of the search warrant, agents found and seized approximately 1,024 grams of methamphetamine, approximately $16,900 cash, a fully loaded Sig Sauer handgun, and a high-capacity drum magazine for an assault rifle containing 73 live rounds of 7.62 ammunition. Agents did not initially find guns to which the drum magazine could be attached. However, one of ROWLAND's co-conspirators, CURSHAWN BANKS, who was also arrested that day, informed agents that ROWLAND kept two assault weapons hidden in a secret compartment inside a black TV stand.

11.     Acting on that information, agents returned to the Ford Road residence where they encountered numerous associates of ROWLAND, including his sister, removing items from the Ford Road residence. Agents noticed that the black TV stand, which had been in the smaller of the two bedrooms at the Ford Road residence, was gone. They investigated further and

learned that the TV stand had been taken to ROWLAND's sister's vehicle, that is, a dark-colored Lincoln sedan, bearing Pennsylvania license plate KWN9777, which was parked nearby.

12.     Agents requested and ROWLAND's sister gave verbal consent for the agents to search her vehicle.  They found the black TV stand laying in the back seat.  Agents then pried open the hidden compartment inside and found two Draco brand assault-style weapons, both of which had obliterated serial numbers.  Two unloaded magazines were also located inside the hidden compartment.

13.     All of the firearms seized that day were submitted to the Philadelphia Police Department for fingerprint analysis, which resulted in no usable fingerprints being identified, and to be swabbed for potential DNA analysis.

14.     ROWLAND was subsequently charged with additional narcotics violations, as well as a violation of 18 U.S.C. § 924(c), that is, possession of a firearm in furtherance of a drug trafficking crime, in connection with the guns and drugs seized from the Ford Road residence.  Although the circumstantial evidence of ROWLAND's possession of the firearms seized from the Ford Road residence (and his sister's vehicle) is strong, I know from my training and experience that the presence of his DNA on those firearms will be even stronger evidence that he possessed those firearms prior to his arrest.

15.     I am aware that the DNA swabs taken from the firearms seized from the Ford Road residence were submitted to the Philadelphia Police Department Office of Forensic Science, and that DNA testing procedures were performed on at least one of the swabs from each of the three firearms seized.  I am also aware that the forensic scientist conducting the test was able to identify partial DNA profiles on each of the three firearms, but that without a

comparative sample of DNA, the forensic scientist was unable to match the partial DNA profiles to any specific individual.

16. From my training and experience, I know that a forensic scientist requires a DNA sample, in the form of an oral buccal swab, from a known individual to process and render a comparative analysis of DNA evidence. Accordingly, an oral buccal swab from ROWLAND will allow a forensic scientist to determine whether ROWLAND's DNA can be identified on any of the three firearms seized from the Ford Road residence. I also know that the process for acquiring a buccal sample (i.e., swabbing the inside of the cheek area) is less physically intrusive then collecting blood or hair samples for purpose of DNA analysis.

## CONCLUSION

17. I therefore respectfully request that the attached warrant be issued, authorizing the Federal Bureau of Investigation to collect an oral buccal swab from ARTHUR ROWLAND for the purpose of submitting it for comparative DNA analysis.

s/ Elizabeth Becker  
ELIZABETH BECKER  
Special Agent  
Federal Bureau of Investigation

Subscribed and sworn to before me
on March 3, 2022:


 /s/ Elizabeth T. Hey
HON. ELIZABETH T. HEY
United States Magistrate Judge

# ATTACHMENT A

**Description of Person to be Searched:**

ARTHUR ROWLAND
Black male
Date of Birth: 04/27/1981
SSN: ***-**-9035
Bureau of Prisons Reg. # 76947-066



22-MJ-352

# ATTACHMENT B

**Description of Evidence to be Seized:**

ORAL SECRETION (EPITHELIAL CELLS, CHEEK CELLS, DNA) obtained by rubbing cotton swabs against the inner cheek lining of the mouth cavity, in sufficient quantity for scientific examination for DNA typing and DNA comparison.